■ JEROME S. HELLER et al., Appellants, v. DANIEL L. ROSE et al., Respondents.— In an action to impress a trust on real and personal property, and for other relief, plaintiffs appeal from an order which (1) granted a motion by defendant Rose for reargument, (2) upon reargument denied plaintiffs' motion for an order of preclusion, and (3) vacated the final order of preclu-

sion theretofore entered. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.